# ⓢ Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

March 13, 2024

Hon. Therese Wiley Dancks  *Via ECF*
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

   **Re:** *Higbie, et al. v. James, et al.,* No. 1:24-CV-174 (N.D.N.Y) (MAD/TWD)

Dear Judge Dancks:

  Pursuant to this Court's Text Order on March 8, 2024 (ECF No. 14), please accept this as Plaintiffs' Status Report.

  On March 8, 2024, Plaintiffs sent Your Honor's Order to Defendant Krapf's counsel.  On Monday, March 11, 2024, Defendant Krapf filed a Stipulation seeking additional time to respond to the Complaint (ECF No. 17), which was granted by Your Honor.  *See* ECF No. 18.  As such, Plaintiffs do not intend to move for a default at this time.

  If the Court requires any additional information, we are happy to provide it.

/s/ Stephen D. Stamboulieh<br>Stephen D. Stamboulieh

cc: By ECF to all counsel of record.