**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

CARL HIGBIE, JOSEPH HARRIS, AND MICHAEL
VOTRUBA,

                              Plaintiff(s),                        **ANSWER**

              -against-                                            1:24-CV-174

STEVEN G. JAMES, in his Official Capacity as
Superintendent of the New York State Police, SHERIFF
KYLE BOURGAULT, in his Official Capacity as the
Sheriff of Rensselaer County, New York, SHERIFF
DONALD J. KRAPF, in his Official Capacity as the Sheriff
of Columbia County, New York, and JOHN DOES 1-10,


                              Defendant(s).

---

Defendant Sheriff, Donald J. Krapf, sued in his official capacity as Sheriff of Columbia

County, New York, by his attorney, Robert J. Fitzsimmons, Columbia County Attorney, answers

the Complaint (ECF No. 1) as follows:

        1.      As to the allegations contained in paragraphs 1 through 133 of the complaint, the

defendant does not dispute the factual assertions made therein, and defers all questions of law to

the Court for determination.

        2.      As to the prayer for relief, in paragraphs 1 through 9 of the complaint, the answering

defendant was named in the complaint for Declaratory and Injunctive relief as an agent and

administrator of the laws of the State of New York and defers all determinations in this regard to

the Court.

WHEREFORE, Defendant, Donald J. Krapf, sued in his Official Capacity as Sheriff of Columbia County New York, respectfully requests that this Honorable Court grant such relief as to this Court is just, proper and, equitable.

Dated: Hudson, New York
      April 2, 2024

                           ROBERT J. FITZSIMMONS
                           COLUMBIA COUNTY ATTORNEY

                           Attorney for Defendant, Sheriff Donald Krapf in his
                           Official Capacity as the Sheriff of Columbia
                           County, New York
                           Bar Roll: 105162
                           401 State Street
                           Hudson, New York 12534
                           Tel. No.: (518) 828-3303
                           Email: Rob.Fitzsimmons@columbiacounty.ny.com

To:    All attorneys of record
       *(via ECF)*