# Ⓢ Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

July 15, 2024

Hon. Thérèse Wiley Dancks *via ECF*
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Suite 509
Albany, NY 12207

    **Re:** *Higbie, et al. v. James, et al.,* No. 1:24-cv-00174 (MAD/TWD)

Dear Magistrate Judge Dancks:

    Pursuant to this Court's Order on May 7, 2024 (ECF #27), please accept this as the Parties' Joint Status Report.

    The Plaintiffs served discovery on all Defendants.  Defendants Steven G. James and Donald J. Krapf responded to the Plaintiffs' discovery.  Defendant Kyle Bourgault asked for and received an extension for his responses.

    Defendant James served discovery on Plaintiffs and Plaintiffs have responded to his discovery demands.

    No depositions have been scheduled yet.

    The Parties attended the mediation today, July 15, 2024, in Albany, New York.  Randolph Treece served as Mediator.  While the matter was not resolved during the mediation, the Parties believe that they made progress.  For the benefit of further discussion, Mr. Treece suggested that the Parties conduct a "virtual" mediation session in the next week or two after the Plaintiffs circulate a draft of a potential resolution.  As such, Plaintiffs will prepare their draft and circulate it to the Defendants and Mr. Treece within seven (7) days of today, and will follow up with Mr. Treece for further discussion.

Yours very truly,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

cc:   All counsel of record (via ECF)