UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT OF NEW YORK
_____

CARL HIGBIE, JOSEPH HARRIS, and
MICHAEL VOTRUBA,

                            *Plaintiffs*,

             -against-

STEVEN G. JAMES, in his official capacity as
Superintendent of the New York State Police, KYLE
BOURGAULT, in his official capacity as Sheriff of
Rensselaer County, New York, DONALD J. KRAPF,
in his official capacity as Sheriff of Columbia County,
New York, and JOHN DOES 1-10,

                            *Defendants*.
_____

**NOTICE OF CROSS-MOTION**

24-CV-174

MAD/TWD

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Michael Deyo, Declaration of Azaria Ferguson, and Declaration of James M. Thompson, and all exhibits attached thereto; Response to Plaintiffs' Statement of Material Facts; the Superintendent's Statement of Material Facts; the accompanying Memorandum of Law; and upon all the pleadings and proceedings herein, Defendant Steven G. James, sued in his official capacity as Superintendent of the New York State Police (Superintendent), will move the United States District Court, Northern District of New York, Albany, New York, on a date and time to be to be scheduled upon filing by the Clerk of Court, pursuant to Federal Rule of Civil Procedure 56(a) for an order granting the Superintendent summary judgment and dismissing Plaintiffs' claims against him in the Complaint in their entirety, together with costs, expenses, and such other or further relief as may be just, proper, and equitable.

A Pre-Motion Conference was held on January 6, 2025, and the Court granted the Superintendent's request to cross-move for summary judgment. *See* January 7, 2025 TEXT Minute Entry.

Dated: Albany, New York
February 14, 2025

                                        LETITIA JAMES
                                        New York State Attorney General
                                        Attorney for the Superintendent

By: _____

       Matthew J. Gallagher
       Assistant Attorney General
       Bar Roll No. 701111
       The Capitol
       Albany, NY 12224
       Tel: (518) 776-2284
       Matthew.Gallagher@ag.ny.gov

       James M. Thompson
       Special Counsel
       Bar Roll No. 703513
       28 Liberty Street
       New York, NY 10005
       Tel.: (212) 416-6556
       James.Thompson@ag.ny.gov

To: All Counsel of Record
     (via ECF)