**STATE OF NEW YORK**  **COUNTY OF** ST LAWRENCE

**TOWN** _____  **COURT**      **TOWN** _____ of **MASSENA**

Defendant: **NA** _____    Alleged Victim: **NA** _____
(Relationship to alleged victim)                                      (Relationship to defendant)

---

THE PEOPLE OF THE STATE OF NEW YORK

-- VS. --                                            Date of Birth _____

**JAMES D** ▮▮▮▮▮                                 ▮▮▮▮▮

                                                    Defendant(s)

---

**ACCUSATION**

BE IT KNOWN THAT, by this **INFORMATION**, **BRIAN D COAKLEY** as the Complainant herein, **STATIONED** at **SP MASSENA** accuses the above mentioned Defendant(s), with having COMMITTED the **MISDEMEANOR** of **CRIM POSS WEAP-4TH:FIREARM/WEP** in violation of Section **265.01** Subdivision **01** of the **PENAL** Law of the State of New York.

That on or about **04/24/2023** at about **09:25 PM** in the **TOWN** of **MASSENA**, County of **ST LAWRENCE**, the defendant(s) did intentionally, knowingly and unlawfully commit the misdemeanor of Criminal Possession Weapon-4th:Firearm/Weapon. A person is guilty of criminal possession of a weapon in the fourth degree when: (1) He or she possesses any firearm, electronic dart gun, electronic stun gun, switchblade knife, pilum ballistic knife, metal knuckle knife, cane sword, billy, blackjack, bludgeon, plastic knuckles, metal knuckles, chuka stick, sand bag, sandclub, wrist-brace type slingshot or slungshot, shirken, or "Kung Fu star". Criminal possession of a weapon in the fourth degree is a class A misdemeanor.

**FACTS**

On or about the aforementioned date and time, with the place being the Massena Port of Entry, International Bridge Road, in the town of Massena, County of St. Lawrence, State of New York, said defendant did intentionally, knowingly, and unlawfully possess a black Ruger LC9s 9mm semi-automatic handgun. The defendant was found in possession of said firearm during an inspection at the Massena Port of Entry. He has a valid Concealed Handgun Carry License, ▮▮▮▮▮ in his home state of Arkansas, but no New York State Pistol Permit.

All of the above is contrary to the statute, as made and provided.

The above allegations of fact are made by the Complainant herein on direct knowledge and/or upon infomation and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of: **CBP OFFICER JEAN BAPTISTE**

WHEREAS, an Appearance Ticket was issued to the said Defendant, directing him to appear before this court at **01:30 PM** on **MAY 09, 2023**

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor.  (PL 210.45)

Affirmed under penalty of perjury

this **24** TH day of **APRIL**, **2023**

--OR--

Subscribes and sworn to before me this _____ day of _____, 20 ___

COMPLAINANT - *Inv. B. Coakley #1564*

| 1. Agency<br>B2 TROOP B - ZONE 2 | 2. Div/Precinct<br>B251 | New York State<br>**INCIDENT REPORT** | 3. ORI<br>NY1440100 | 5. Case No. | 6. Incident No.<br>11387707 |
|---|---|---|---|---|---|
| 7,8,9. Date Reported (Day, Date, Time)<br>MONDAY 04/24/2023 21:25 | | 10,11,12. Occurred On/From (Day, Date, Time)<br>MONDAY 04/24/2023 20:07 | | 13,14,15. Occurred To (Day, Date, Time)<br>MONDAY 04/24/2023 21:10 | |
| 16. Incident Type<br>GUN/WEAPON-POSSESSION OF WEAPON | | | 17. Business Name | | |
| 19. Incident Address (Street Name, Bldg. No., Apt. No.)<br>30M SEAWAY INTERNATIONAL BRIDGE | | | | | |
| 20. City/State/Zip<br>ROOSEVELTOWN  NEW YORK 13683 | | | | | |
| 21. Location Code (TSLED)<br>MASSENA TOWN 4569 | | 23. No. of Victims<br>0 | 24. No. of Suspects<br>1 | 26. Victim also Complainant? | |
| Location Type<br>GOVERNMENT OFFICE | | | | | |
| 18. Weapon(s) Used<br>SEMI AUTOMATIC HANDGUN | | | | | |

| 22. OFF. No. | LAW SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|
| 1. | PL 265.01 | 01 | A | M | 4 | C | CRIM POSS WEAP FIREARM/KNIFE | 1 |

## ASSOCIATED PERSONS

| 25. TYPE | Name (Last, First, Middle, Title) | DOB | Street Name<br>Bldg., Apt.No., City, State, Zip | Res Phone<br>Bus Phone |
|---|---|---|---|---|
| LAW ENFORCEMENT OFFICER | JEAN-BAPTISTE, MARCO | | 30M SEAWAY INTERNATIONAL BRIDGE<br>ROOSEVELTOWN NY 13683 | |
| SUSPECT | JAMES, D | | | |

## SUSPECT

| Person ID #<br>10992990 | 34. Type<br>SUSPECT | 35. Name (Last, First, Middle)<br>JAMES, D | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 37. Apparent Condition<br>APPARENTLY NORMAL | | | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip) | | | | | |
| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB | 42. Age<br>60 | 43. Gender<br>MALE | 44. Race<br>WHITE | | |
| 45. Ethnicity<br>NOT HISPANIC | 46. Skin<br>LIGHT BROWN | 47. Occupation<br>LABORER | | | | | | |
| 48. Height<br>6ft 0in | 49. Weight<br>240lbs | 50. Hair<br>GRAY | | 51. Eyes<br>BROWN | | 52. Glasses<br>YES | | 53. Build<br>LARGE |
| 54. Employer/School | | | | 55. Employer Address | | | | |
| 56. Scars/Marks/Tattoos /Description<br>SCAR ON RIGHT ANKLE, AND RIGHT ARM | | | | | | | | |

36. Alias/Nickname/Maiden Name

| Last Name | First Name | MiddleName |
|---|---|---|
| NONE | | |

## PROPERTY

DRAFT

| 58. Name | Property Status |
|---|---|
| ▮▮▮▮ JAMES D | SEIZED |
| **Property Type** | **Make or Model / Drug** |
| FIREARMS | RUGER LC9S |
| **Serial No.** | **Qty/Measure** | **Value** |
| ▮▮▮▮ | | $ 250.00 |
| **Description** | | |
| Item #1: Ruger LC9s semi-automatic handgun, serial number ▮▮▮▮. File check negative. | | |

| 58. Name | Property Status |
|---|---|
| ▮▮▮▮ JAMES D | SEIZED |
| **Property Type** | **Make or Model / Drug** |
| OTHER WEAPONS | RUGER |
| **Serial No.** | **Qty/Measure** | **Value** |
| | | $ 15.00 |
| **Description** | | |
| Item #1A: Magazine for item #1. | | |

| 58. Name | Property Status |
|---|---|
| ▮▮▮▮ JAMES D | SEIZED |
| **Property Type** | **Make or Model / Drug** |
| OTHER WEAPONS | CBC |
| **Serial No.** | **Qty/Measure** | **Value** |
| | | $ 5.00 |
| **Description** | | |
| Item #1B: Eight (8) loose 9mm rounds. | | |

**Total Property Value :** $270.00

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 04/24/2023 | 04/24/2023 | COAKLEY, BRIAN (INV) |

**Narrative**

BCI CASE ADOPTION - CRIMINAL POSSESSION OF A WEAPON 4TH - INVESTIGATOR BRIAN COAKLEY ASSIGNED

JAMES D. DARTER illegally possessed a handgun during inspection at the Massena Port of Entry, Massena, New York.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 04/24/2023 | 04/26/2023 | COAKLEY, BRIAN (INV) |

**Narrative**

PATROL RESPONSE:

On April 24, 2023, at approximately 9:25 p.m., Trooper MICHAEL ROMAN, SP Massena, was dispatched to the Massena Port of Entry for an illegally possessed handgun.

Upon arrival, Customs and Border Protection Officer (CBPO), MARCO JEAN-BAPTISTE, advised JAMES D. ▮▮▮▮ arrived at the Port of Entry, at 9:10 p.m., and admitted posssssion of a Ruger 9mm handgun. ▮▮▮▮ a resident of the state of Arkansas, was found to have an Arkansas Concealed Handgun Carry License. ▮▮▮▮ was of the belief there was reciprocity with New York for his Arkansas handgun license.

▮▮▮▮ who is in the area for work, said he was trying to find a Wendy's restaurant and mistakenly crossed over to Canada. He declared his pistol to the Canadian Borders Services Agency when he arrived at the Cornwall, Ontario border station. He was denied entry to Canada and sent back to U.S., arriving at the Massena Port of Entry.

Trooper ROMAN notified me of the case and I responded to SP Massena.

A Gen'l 4, Supporting Deposition, was completed by CBPO JEAN-BAPTISTE, a copy of which is attached to this report as Enclosure #1.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 04/24/2023 | 04/26/2023 | COAKLEY, BRIAN (INV) |

**Narrative**

ARREST OF SUBJECT:

At 11:02 p.m., Trooper ROMAN placed ▮▮▮▮ under arrest for 4th degree Criminal Possession of a Weapon and took possession of the Ruger LC9s semi-automatic handgun, serial number ▮▮▮▮ and associated evidence. ▮▮▮▮ was advised of his Miranda Rights by Trooper ROMAN at 11:29 p.m., waiving same.

He admitted to possessing the handgun, which he can legally possess in his home state of Arkansas, and stated he was not aware it was illegal for him to possess it in New York. He declined to provide a written statement.

DARTER was processed and released on an Appearance Ticket, returnable to Massena Town Court on May 9, 2023, at 1:30 p.m.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 04/24/2023 | 05/23/2023 | COAKLEY, BRIAN (INV) |

**Narrative**

EVIDENCE:

▮▮▮▮ handgun, magazine, and the loose 9mm rounds were secured in the SP Massena BCI Evidence Locker. All applicable evidence forms were completed. A stolen check of the firearm was conducted in the eJustice Portal, with negative results. A Criminal Gun Clearinghouse entry was also made for the handgun.

## ADMINISTRATIVE

| 74. Inquiries | 75. NYSPIN Message No. | 76. Complainant Signature | |
|---|---|---|---|
| CH SP | | | |

| 77. Reporting Officer Signature (Include Rank) | 78. ID No. | 79. Supervisor Signature (Include Rank) | 80. ID No. |
|---|---|---|---|
| INV BRIAN COAKLEY | 1564 | SR INV ERIK BURNETT | 2319 |

| 81. Status | 82. Status Date | 83. Notified/TOT |
|---|---|---|
| ARREST - ADULT - PPD | 05/23/2023 | |

Solvability Total: 0

DRAFT