

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

August 28, 2025
via ECF

Hon. Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Courtroom 5
Albany, NY 12207

      **Re:** *Higbie, et al. v. James, et al.,* No. 1:24-cv-00174 (MAD/TWD)

Dear Judge D'Agostino:

      Please accept this letter as a Joint Request by Plaintiffs and Defendants Kyle Bourgault and Donald J. Krapf, for an extension of time to file Plaintiffs' Motion for Attorneys' Fees and Costs.  These parties have discussed and agreed upon an extension for Plaintiffs to file their motion by September 26, 2025 (an additional 23 days).

      On August 20, 2025, this Court granted in part Plaintiffs' Motion for Summary Judgment. *See* ECF #54.  Thus, pursuant to Fed. R. Civ. P. 54(d), any motion for attorneys' fees and costs currently would be due fourteen (14) days after entry of judgment, or September 3, 2025.

      The parties request an extension until September 26, 2025 because they have been engaged in productive settlement negotiations as to fees and costs.  To that end, the parties believe that an extension could allow the parties to reach an agreement and avoid further Court involvement altogether.

      Fed. R. Civ. P. 6(b)(1)(A) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … if a request is made, before the original time … expires...."  Likewise, it is within the Court's discretion to, "'upon request,' extend the time period prescribed in the Rules for filing a petition for fees and costs, provided the request was made before the time period expired...." *In re PaineWebber Ltd. P'ships Litig.*, 2003 U.S. Dist. LEXIS 13377, at *21-22 (S.D.N.Y. July 31, 2003).

      Because the current due date for Plaintiffs' motion has not yet lapsed, the parties' Joint Request is timely.  Moreover, the parties submit that the likelihood of resolving any outstanding fee issue without requiring further motions practice constitutes "good cause" to grant an extension. *See, e.g., Escano v. RCI, LLC*, 2024 U.S. Dist. LEXIS 3137, at *11 (D.N.M. Jan. 5, 2024) ("the Court is generally receptive to timely-filed motions to extend … as allowing additional time for parties to confer often promotes informal resolution of disputes and avoids the time and expense associated with motions practice").

      The parties therefore request that the Court extend the deadline for Plaintiffs to file their Motion for Attorneys' Fees and Costs until September 26, 2025.

      We thank the Court in advance for its consideration.

Yours very truly,

Stephen D. Stamboulieh

cc:     All counsel of record (via ECF)